1
2
3
4
5
6
7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 MICHAEL JOSEPH DARROUGH,

11     Plaintiff,                       No. 2:12-cv-1814 EFB P

12     vs.

13 SACRAMENTO COUNTY SHERIFF, et al.,

14     Defendants.                  <u>ORDER</u>

15 _____/

16       Plaintiff is a county inmate proceeding without counsel and in forma pauperis in an

17 action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule

18 302 pursuant to 28 U.S.C. § 636(b)(1).

19       Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28

20 U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of

21 (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance

22 in plaintiff's account for the six-month period immediately preceding the filing of the complaint.

23 28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the

24 preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

25 ////

26 ////

1     The agency having custody of plaintiff is required to forward to the Clerk of the Court
2 the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time
3 the amount in the account exceeds $10, until the filing fee is paid. *Id.*

4     The Clerk of the Court shall (1) serve a copy of this order and a copy of plaintiff's in
5 forma pauperis application upon the Sheriff of Sacramento County, Attention: Inmate Trust
6 Account, 651 I Street, Sacramento, California 95814, and (2) deliver a copy of this order to the
7 Clerk's financial division.

8     So ordered.

9 DATED: November 9, 2012.

    EDMUND F. BRENNAN
10     UNITED STATES MAGISTRATE JUDGE

2